Vacated and Remanded and Opinion filed April 3, 2003









Vacated and Remanded and Opinion filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01258-CV

____________

 

ROBERT EWELL, JR., Appellant

 

V.

 

ELVA SHIRLEY EWELL, Appellee

 



 

On Appeal from the 257th District Court

Harris
County, Texas

Trial Court Cause No. 00-63335

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed
September 17, 2002.  On January 23, 2003,
this Court ordered the parties to mediation.

On March 24, 2003, the parties filed a joint motion to
remand the cause to the trial court for entry of a judgment in accordance with
the parties= mediated settlement agreement.  See Tex. R. App. P. 42.1. 
The motion is granted.  








Accordingly, the judgment is vacated and the cause remanded
to the trial court for entry of a new judgment in accordance with the parties= written mediated settlement
agreement.

 

PER CURIAM

 

Judgment rendered and Opinion
filed April 3 , 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.